<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-1704**

———————

ORVILLE LEWIS, JR.,

                                        Plaintiff - Appellant,

        versus

UNKNOWN POLICE OFFICER, Hopewell Police
Department; WAYNE CLEVELAND, Chief of Police,
Hopewell Police Department; DAN WETTA,
Chairman and CEO, John Randolph Medical
Center; JOSEPH WALKER, Security Officer;
PATRICIA L. WILLIAMS, Attorney-in-Fact; JOYCE
W. WILLIAMS, Caregiver,

                                        Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  James R. Spencer, District
Judge.  (CA-02-141-3)

———————

Submitted:  October 24, 2002          Decided:  October 30, 2002

———————

Before WIDENER, MICHAEL, and MOTZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Orville Lewis, Jr., Appellant Pro Se.  Patricia L. Williams, Joyce
W. Williams, Appellees; David Patrick Corrigan, HARMAN, CLAYTOR,
CORRIGAN & WELLMAN, Richmond, Virginia; Michael John Otten, LECLAIR
RYAN, P.C., Richmond, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Orville Lewis, Jr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See <u>Lewis v. Unknown Police Officer</u>, No. CA-02-141-3 (E.D. Va. June 3, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>